352 F.2d 522
 Donald L. TROUP, Plaintiff,
v.
AMERICAN BITUMULS & ASPHALT COMPANY, a Delaware Corporation,
Defendant and Third-Party Plaintiff-Appellant, v.
HULL RESURFACING COMPANY, a Corporation,
Third-Party Defendant.
 Nos. 15272, 15273.
 United States Court of Appeals Third Circuit.
 Argued Oct. 22, 1965.
Decided Nov. 16, 1965.
 
 Kim Darragh, Pittsburgh, Pa., Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, Pa. on the brief), for appellant in both appeals.
 John A. DeMay, Pittsburgh, Pa., (McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa. on the brief), for plaintiff-appellee.
 Francis P. Massco, Pittsburgh, Pa., for third party defendant-appellee.
 Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 From our own examination we find no prejudicial error in the trial record of these appeals. The judgments of the district court will be affirmed.